1  WILLIAM M. KUNTZ  # 153052
Attorney at Law
2  4780 Arlington Avenue
Riverside, CA 92504
3  (951) 343-3400
Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOHN L. MARTINEZ,                ) | CASE NO.: EDCV16-01615-SS |
|         Plaintiff,               ) | ORDER AWARDING |
|              v.                  ) | EAJA FEES |
| NANCY A. BERRYHILL[1], Acting    ) | |
| Commissioner of Social Security  ) | |
| Administration,                  ) | |
|         Defendant.               ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS and 00/cents ($2,800.00), as authorized by 28 U.S.C. § 2412 (d), and costs in the amount of zero dollars ($0) under 29 U.S.C. § 1920, and subject to the terms and conditions of the Stipulation.

DATED: 9/15/17                /S/
                              HONORABLE SUZANNA H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1